BARBARA A. MATTHEWS (SBN 185094)
Assistant U.S. Trustee
LYNETTE C. KELLY (SBN 120799)
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Telephone: (510) 637-3200
e-mail: lynette.c.kelly@usdoj.gov

Attorneys for Acting United States Trustee,
August B. Landis

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-40365 RLE |
| | Chapter 7 |
| John J. Scheall, | |
| | Date: No Hearing Set |
| | Time: |
| Debtor. | Room: |

**REQUEST FOR ENTRY OF ORDER BY DEFAULT ON MOTION FOR ORDER EXTENDING DEADLINES**

August B. Landis, the Acting United States Trustee for Region 17 ("U.S. Trustee"), respectfully requests entry of an order by default on the U.S. Trustee's motion for an order extending deadlines for filing a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. §727 (b) or to move under 11 U.S.C. §707(b) (the "Motion"). In support thereof, the U.S. Trustee states as follows:

1. The U.S. Trustee filed the Motion on April 8, 2011 and served Debtor's attorney. *See* Declaration of Sandra Wilson in Support of Entry of Order by Default ("Wilson Declaration") and Exhibit A attached thereto (a true and correct copy of the Motion and Certificate of Service).

2. The deadline for objecting to the Motion was April 29, 2011, and no objection to the Motion was received by the U.S. Trustee. *See* Wilson Declaration.

WHEREFORE, the U.S. Trustee requests that the Court enter its order extending the

1

deadline for filing a complaint objecting to Debtor's discharge and deadline for filing a motion pursuant to 11 U.S.C. §707 (b) to and including June 9, 2011.

Date: May 17, 2011

BARBARA MATTHEWS
Assistant United States Trustee

_Lynette C. Kelly_
LYNETTE C. KELLY
Trial Attorney

Attorneys for August B. Landis,
Acting United States Trustee