# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–4 | User: pwright | | Date Created: 7/8/2011 |
| Case: 11–40365 | Form ID: ODSC7fi | | Total: 29 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Michael G. Kasolas | kasolas@7trustee.net |
| aty | Bradford Hodach | bradhodachlaw@yahoo.com |
| aty | Curtis D. Colaw | colawaugustine@sbcglobal.net |
| aty | Kevin Montee | kmontee@hornersinger.com |
| aty | Lynette C. Kelly | lynette.c.kelly@usdoj.gov |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | John J. Scheall | 1724 Zenato Place | Pleasanton, CA 94566 | | |
| cr | Penske Truck Leasing Co., L.P. | 717 16th Street | Suite 3 | Modesto, CA 95354 | |
| cr | Capital Recovery IV LLC | c/o Recovery Management Systems Corporat | 25 SE 2nd Avenue, Suite 1120 | Miami, FL 33131–1605 | |
| cr | Walton CWCA Livermore 23, LLC | c/o Horner &Singer, LLP | 1646 N. California Blvd., Suite 250 | Walnut Creek, CA 94596 | |
| smg | Labor Commissioner | 1515 Clay St. | Room 801 | Oakland, CA 94612 | |
| smg | State Board of Equalization | Collection Dept. | P.O. Box 942879 | Sacramento, CA 94279 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 | |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 | |
| 11553062 | Ama Collection Service | 145 E 14th St Ste 200 | San Leandro, CA 94577 | | |
| 11553063 | Capital One, N.a. | Bankruptcy Dept | Po Box 5155 | Norcross, GA 30091 | |
| 11553064 | Capital One, N.a. | Bankruptcy Dept | Po Box 5155 | Norcross, GA 30091 | |
| 11553065 | Capital One, N.a. | Bankruptcy Dept | Po Box 5155 | Norcross, GA 30091 | |
| 11553066 | Cbsj Financial Corp. | 99 W Tasman Dr | San Jose, CA 95134 | | |
| 11553067 | Colliers International | 1850 Mt. Diablo Blvd. | Ste. 200 | Walnut Creek, CA 94596 | |
| 11553068 | Employment Development Department | State of California | Bankrputcy Unit – MIC 92E | Sacramento, CA 94280 | |
| 11553069 | Franchise Tax Board | Bankruptcy Unit | P. O. Box 2952 | Sacramento, CA 95812 | |
| 11553070 | Internal Revenue Service | Special Procedures Section | 1301 Clay St., Stop 1400S | Oakland, CA 94612–5210 | |
| 11553071 | John Scheall | 1724 Zenato Place | Pleasanton, CA 94566 | | |
| 11553072 | Kevin Montee | Horner &Singer, LLP | 1646 N. California Street | Ste. 250 | Walnut Creek, CA 94596 |
| 11553073 | Penske Truck Leasing | PO Boxc 7429 | Pasadena, CA 91103 | | |
| 11697801 | Russell L. Cole JR | 849 Corvallis Drive | Sunnyvale, CA | | |
| 11553074 | San Ramon Regional Medical Center | 6001 Norris Canyon Rd. | San Ramon, CA 94583 | | |
| 11553075 | Walton CWCA Livermore 23, LLC | 900 No. Michigan Ave. | Ste. 1900 | Chicago, IL 60611 | |

TOTAL: 23